IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROSE M. NASH                                                                                           PLAINTIFF

v.                                              CIVIL NO. 16-5052

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                              DEFENDANT

## **MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On March 2, 2016, 2015, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) denying her application for disability benefits under the provisions of the Social Security Act. (Doc. 1).

On August 26, 2016, a Clerk's Order to Show Cause was entered for failure to complete service. (Doc. 7). On September 8, 2016, Plaintiff filed a motion requesting that her case be dismissed. (Doc. 9). Defendant did not file a response.

Based on the above, the undersigned recommends granting Plaintiff's motion and dismissing Plaintiff's case with prejudice. **The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 24th day of October, 2016.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE